Same case below, 360 Fed. Appx. 541.

No. 09-1391. Charles D. Gianetti, Petitioner v. Glenn Siglinger, et al.

562 U.S. 832, 131 S. Ct. 104, 178 L. Ed. 2d 31, 2010 U.S. LEXIS 6249.

October 4, 2010. Petition for writ of certiorari to the Appellate Court of Connecticut denied.

No. 09-1392. Don H. Haycock, Petitioner v. Norman L. Epstein, et al.

562 U.S. 832, 131 S. Ct. 104, 178 L. Ed. 2d 31, 2010 U.S. LEXIS 6206.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 09-1398. William B. Trescott, Petitioner v. Federal Highway Administration, et al.

562 U.S. 832, 131 S. Ct. 109, 178 L. Ed. 2d 31, 2010 U.S. LEXIS 6325.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

No. 09-1399. Paul Sims, Petitioner v. Susan K. Schlott, et al.

562 U.S. 832, 131 S. Ct. 109, 178 L. Ed. 2d 31, 2010 U.S. LEXIS 6455.

October 4, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, First District, denied.

Same case below, 23 So. 3d 716.

No. 09-1401. Laura S. Solway, Petitioner v. Barack H. Obama, President of the United States, et al.

562 U.S. 832, 131 S. Ct. 109, 178 L. Ed. 2d 31, 2010 U.S. LEXIS 6674.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 09-1402. Catherine Jane Von Kennel Gaudin, Petitioner v. John R. Remis, Jr.

562 U.S. 832, 131 S. Ct. 109, 178 L. Ed. 2d 31, 2010 U.S. LEXIS 6379.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 334 Fed. Appx. 133.

No. 09-1405. Jeffrey Zucker, et al., Petitioners v. Robert Kennedy.

562 U.S. 832, 131 S. Ct. 110, 178 L. Ed. 2d 31, 2010 U.S. LEXIS 6380.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 595 F.3d 327.